AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Dowdell, John E. | 2. Court or Organization  U.S. District Court, Northern District of Oklahoma | 3. Date of Report  5/20/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
333 W. 4th Street, Room 411
Tulsa, Oklahoma 74103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | American Inns of Court - Council Oak/Johnson-Sontag Chapter |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Settlement and Release Agreement with former law firm for partnership interest in the firm prior to Judgeship |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Norman Wohlgemuth Chandler & Jeter, Settlement Agreement payment for partnership interest in former law firm | $59,375.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▓▓▓▓▓▓▓▓▓ salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | April 30-May 2, 2015 | Arlington, VA | Leadership Training Program | Transportation, Lodging and Incidentals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 5/20/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 5/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Brokerage Account #1 (H) | | | | | | | | | |
| 2.   -Greystone Logistics, Inc. Stock (common) | | None | J | T | | | | | |
| 3.   -American Funds Washington Mutual Fund | A | Dividend | | | Sold | 09/09/15 | J | A | |
| 4.   -First Eagle Global Fund | A | Dividend | K | T | Sold (part) | 02/20/15 | J | A | |
| 5. | | | | | Sold (part) | 02/20/15 | J | A | |
| 6. | | | | | Sold (part) | 02/20/15 | J | B | |
| 7. | | | | | Sold (part) | 06/30/15 | J | A | |
| 8. | | | | | Sold (part) | 08/25/15 | J | A | |
| 9. | | | | | Sold (part) | 09/03/15 | J | A | |
| 10. | | | | | Sold (part) | 09/09/15 | J | A | |
| 11. | | | | | | | | | |
| 12.   -UBS Money Market Account | | None | J | T | | | | | |
| 13.   -American Funds Capital World Growth & Income Fund CL A | A | Dividend | | | Sold | 09/09/15 | J | | |
| 14. | | | | | | | | | |
| 15.   IRA #1 (H) | | | | | | | | | |
| 16.   -American Funds Capital World Growth Allocation Fund | A | Dividend | J | T | | | | | |
| 17.   -American Funds Investment Company of America | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 5/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 19. -Ivy Asset Strategy Fund | B | Dividend | K | T | | | | | |
| 20. -Oppenheimer Global Allocation Fund | A | Dividend | K | T | | | | | |
| 21. -Prudential International Equity Fund | A | Dividend | J | T | | | | | |
| 22. -Prudential Jennison Select Growth Fund | A | Dividend | J | T | | | | | |
| 23. -Allianzgi NFJ Mid-Cap Value Fund Class A | A | Dividend | K | T | | | | | |
| 24. | | | | | | | | | |
| 25. Mass Mutual Whole Life | | None | M | T | | | | | |
| 26. | | | | | | | | | |
| 27. Tulsa Federal Employee's Credit Union Account | A | Int./Div. | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. IRA #2 (H) | | | | | | | | | |
| 30. -Schwab Govt Money Fund | | None | J | T | | | | | |
| 31. -Biomed Realty Trust Inc. | A | Dividend | | | Sold | 11/10/15 | J | A | |
| 32. -Firstmerit Corp Stock (common) | A | Dividend | J | T | Buy | 03/25/15 | J | | |
| 33. -Powershares Global ETF Fundamental High YLD USDBond Port | A | Dividend | K | T | Sold (part) | 03/31/15 | J | A | |
| 34. | | | | | Buy (add'l) | 07/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Paychex Inc. Stock (common) | A | Dividend | | | Sold | 03/25/15 | J | B | |
| 36.  -The Southern Company Stock (common) | A | Dividend | J | T | | | | | |
| 37.  -Doubleline Total Return BD FD CL I | C | Dividend | L | T | | | | | |
| 38.  -TCW Total Return Bond Fund I Class | A | Dividend | | | Sold | 02/24/15 | K | A | |
| 39.  -Annaly Capital Management | B | Dividend | J | T | Buy (add'l) | 08/07/15 | J | | |
| 40. | | | | | Sold (part) | 11/30/15 | J | | |
| 41.  -Ishares MSCI JPN IDEX FD Japan Index Fund | A | Dividend | K | T | Buy (add'l) | 04/06/15 | J | | |
| 42. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 43. | | | | | Sold (part) | 09/30/15 | J | | |
| 44.  -Ishares S&P 500 Growth S&P 500 Growth Index FD | A | Dividend | K | T | | | | | |
| 45.  -Schw Intl EQ ETF | A | Dividend | J | T | | | | | |
| 46.  -Market Vectors ETF Trusthard Assets Producers | A | Dividend | J | T | | | | | |
| 47.  -Ishares S&P 500 Value S&P 500 Value Index FD | A | Dividend | K | T | Sold (part) | 03/31/15 | J | A | |
| 48.  -Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Sold (part) | 07/01/15 | J | | |
| 49.  -Ishares Core S&P ETF Smallcap | A | Dividend | K | T | Buy (add'l) | 09/30/15 | J | | |
| 50.  -Ishares Core S&P ETF Midcap | A | Dividend | K | T | Buy (add'l) | 03/31/15 | J | | |
| 51. | | | | | Sold (part) | 07/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 5/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -GlaxoSmithKline PLC ADR F Sponsored ADR | A | Dividend | J | T | | | | | |
| 53. -SCH US REIT ETF | A | Dividend | K | T | | | | | |
| 54. -H C P Inc. Stock (common) | A | Dividend | J | T | Sold (part) | 09/10/15 | J | | |
| 55. -Williams Companies Stock (common) | A | Dividend | J | T | | | | | |
| 56. -B G C Partners Class A Stock (common) | A | Dividend | J | T | Sold (part) | 01/09/15 | J | C | |
| 57. -B P PLC ADR Stock (common) | A | Dividend | | | Sold | 02/11/15 | J | | |
| 58. -Guggenheim Exch TRD FD Bullet Shares | A | Dividend | | | Sold | 06/18/15 | K | | |
| 59. -Verizon Communications (common) | A | Dividend | J | T | | | | | |
| 60. -Kraft Foods Group (common) | A | Dividend | | | Sold (part) | 01/20/15 | J | B | |
| 61. | | | | | Sold | 02/19/15 | J | B | |
| 62. -Meridian Bioscience Inc. (common) | | | | | Sold | 01/05/15 | J | | |
| 63. -Pattern Energy CL A (common) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | | |
| 64. | | | | | Sold | 05/21/15 | J | | |
| 65. | | | | | Buy | 10/05/15 | J | | |
| 66. -Guggenheim Exch TRD FD Bulletshares 2018 Corp | B | Dividend | L | T | | | | | |
| 67. -Potash Corp. Sask Inc. (common) | A | Dividend | J | T | | | | | |
| 68. -Federated Invs PA CL B (common) | A | Dividend | | | Sold | 06/02/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 5/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Lamar Advertising Co. A Class A (common) | A | Dividend | J | T | | | | | |
| 70. -Vodafone Group New ADR F Sponsored ADF (common) | A | Dividend | J | T | | | | | |
| 71. -Peoples United Finl Inc. (common) | A | Dividend | J | T | | | | | |
| 72. -GEO Group Inc. (common) | A | Dividend | J | T | | | | | |
| 73. -Kinder Morgan Inc. (common) | A | Dividend | | | Sold | 12/09/15 | J | | |
| 74. -Guggenheim ETF Bulletshares 2020 Corp. | B | Dividend | L | T | | | | | |
| 75. -Oneok Inc. New (common) | A | Dividend | J | T | Sold (part) | 10/05/15 | J | | |
| 76. -Centerpoint Energy Inc. (common) | A | Dividend | J | T | Buy | 01/05/15 | J | | |
| 77. -Wynn Resorts (common) | A | Dividend | | | Buy | 01/20/15 | J | | |
| 78. | | | | | Sold | 04/29/15 | J | | |
| 79. -Ford Motor Company (common) | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 80. -Occidental Petroleum Corp (common) | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 81. | | | | | Sold (part) | 09/22/15 | J | | |
| 82. -Exelon Corporation (common) | A | Dividend | | | Buy | 02/27/15 | J | | |
| 83. | | | | | Sold (part) | 09/02/15 | J | | |
| 84. | | | | | Sold | 12/04/15 | J | | |
| 85. -Guggenheim ETF Bulletshares 2022 Corp | A | Dividend | K | T | Buy | 02/25/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 5/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Valley National Banc (common) | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 87. -Spectra Energy Corp (common) | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 88. | | | | | Buy (add'l) | 08/07/15 | J | | |
| 89. -Doubleline Total Return TTCL ETF | A | Dividend | K | T | Buy | 06/18/15 | K | | |
| 90. -PPL Corporation (common) | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 91. -NRG Yield Inc. (common) | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 92. -Ventas Inc. REIT (common) | A | Dividend | J | T | Buy | 09/10/15 | J | | |
| 93. -Weyerhaeuser Co REIT (common) | | None | J | T | Buy | 11/10/15 | J | | |
| 94. -Duke Enegy Corp (common) | | None | J | T | Buy | 12/04/15 | J | | |
| 95. -Blackstone MTG TR REIT (common) | | None | J | T | Buy | 11/30/15 | J | | |
| 96. | | | | | | | | | |
| 97. TIAA-CREF Retirement (Traditional) | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 5/20/2016 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 5/20/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John E. Dowdell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544